IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Peter T. Harrell

      Plaintiff,               No. CIV S-05-1784 DFL CMK

      vs.

Mark Montgomery, Jr. and
The FBI,

      Defendants.        ORDER

_____/

      Plaintiff is proceeding in this action pro se. Plaintiff alleges that his property was illegally seized during a search by the Siskiyou County Sheriff's Department and then illegally seized by the FBI. Plaintiff seeks an order compelling the return of his property pursuant to Federal Rule of Criminal Procedure 41(g).[1]

      Plaintiff has requested authority to pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

      Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

---

[1] In his complaint, plaintiff states that he is proceeding pursuant to 41(e). However, it is Federal Rule of Criminal Procedure 41(g) which addresses a motion to return property.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted;

2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the motion filed on September 7, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each defendant named in the complaint; and

    c. Three copies of the endorsed motion filed September 7, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: September 13, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. |  |
|  | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____/ |  |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the complaint

DATED:

_____
Plaintiff