1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PETER HARRELL,

11              Plaintiff,                    No. CIV S-05-1784 LKK CMK

12        vs.

13   MARK MONTGOMERY, Jr. et al.,

14              Defendants.                   ORDER

15   _____/

16              Pursuant to the court's August 30, 2006 order, plaintiff has filed an amended

17   complaint in this matter.  (Doc. 15.)  In his amended complaint, plaintiff seeks return of several

18   items of personal property from the Department of Justice.  Specifically, plaintiff seeks an order

19   mandating return of the property listed in his amended complaint.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

                                            1

IT IS ORDERED that:

1.  The defendants are ordered to file a response to plaintiff's amended complaint within the time set forth in the Federal Rules of Civil Procedure.

2.  A status conference is set in this matter for December 12, 2006 at 10:00 a.m. before the undersigned at the United States District Court in Redding, California.  As the court recognizes that travel to Redding is sometimes burdensome, the parties may, if they choose, appear telephonically through a telephone call pre-arranged through CourtCall.

DATED:   October 2, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE