IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER HARRELL,

     Plaintiff,                          No. CIV S-05-1784 LKK CMK

     vs.

MARK MONTGOMERY, Jr. et al.,

     Defendants.                     <u>ORDER</u>

_____ /

        Plaintiff, who is proceeding informa pauperis, is proceeding with appointed counsel in this action for return of property pursuant to F.R. Crim. P. 41 (g). On September 29, 2006, plaintiff filed an amended complaint against the United States of America. On October 3, 2006, the court ordered the defendant to file a response to the complaint and set a case management conference for December 12, 2006.

        It appears that despite relation of this case to criminal case No. 05-0475, defendants were not served with a copy of the court's October 3, 2006 order and were thus unaware of the court's order that they file an answer.

        The court has screened this complaint pursuant to 28 U.S.C. § 1915(e)(2) and finds that plaintiff may have stated a cognizable claim for relief. Accordingly, it is appropriate for the defendant, the United States of America, to file an answer. As this matter is related to

1

criminal matter <u>United States of America v. Peter T. Harrell</u>, No. 05-0475, and defendant has appeared in that action, service by means of electronic filing is appropriate in this instance. Accordingly, the clerk of the court will be directed to serve a copy of the amended complaint on defendant United States. The court will reset the case management conference, if necessary, after defendant files an answer.

      The court further notes that the government's motion to voluntarily dismiss its appeal of the July 25, 2006 order suppressing evidence was granted on October 24, 2006. The parties shall advise the court if this dismissal affects this action for return of property.

      IT IS ORDERED that:

      1. The Clerk of the Court shall serve a copy of plaintiff's amended complaint on Matthew C. Stegman, Assistant United States Attorney, Office of the United States Attorney for the Eastern District of California.

      2. The defendant shall file an answer within sixty days.

      3. The case management conference set for December 12, 2006 before the undersigned is vacated.

      4. Within thirty days of the date this order is filed, the parties shall, in writing, inform the court if the October 24, 2006 voluntary dismissal of the government's appeal of the order suppressing evidence affects the relief sought in this action.

DATED: December 5, 2006.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE