IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER HARRELL,

    Plaintiff,                      No. CIV S-05-1784 LKK CMK

    vs.

MARK MONTGOMERY, Jr. et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, through his counsel Federal Public Defender Daniel Broderick[1], brings this action pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. Plaintiff seeks return of properly seized in the Eastern District of California.

        Plaintiff previously advised the Court that he wished to proceed with this civil action because he was unable to file a motion for return of property in the related criminal case due to a pending appeal of the court's order suppressing evidence in the

---

[1] Plaintiff was represented in a related criminal action by Mr. Broderick, and Mr. Broderick filed an amended complaint on plaintiff's behalf. (Doc. 15.)

1  criminal case. (Doc. 13.)  However, on October 24, 2006, the
2  Court of Appeal's granted the Government's request to voluntarily
3  dismiss the appeal.  This dismissal returns jurisdiction to the
4  Court of the criminal proceedings, which allows plaintiff to
5  proceed with a motion for return of property in the criminal
6  case.[2]

7      Accordingly, the court finds that this related civil
8  action is moot and dismisses this complaint without prejudice.
9    IT IS SO ORDERED.
10   DATED: January 10, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Although Mr. Broderick represents him in the related criminal proceedings, plaintiff has filed a pro se motion for return of property in the criminal case.  (Cr. S-05-475-LKK, doc. 11.)

2